UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-PO-0019-JTR |
| Plaintiff, | ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |
| v. | |
| GEOFFREY S. WOOD, | |
| Defendant. | |

**BEFORE THE COURT** is the Government's Rule 48(a) Motion to Dismiss. ECF No. 9. The Government moves to dismiss the case, without prejudice, in the interests of justice. ECF No. 9.

Good cause appearing therefor, **IT IS ORDERED**:

1. Defendant's Motion to Dismiss, **ECF No. 9**, is **GRANTED**.
2. The pending citation for Failure to Comply with Lawful Orders, in violation of 41 C.F.R. § 102-74.385 – Violation No. 6509606, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.
DATED March 18, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE - 1